UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CLIFFORD PAGE,                          CIVIL No. 07-172(PS)

                Plaintiff,

    v.                                MEDIATION REPORT   10/29/07

B&G ELEVATOR, ET AL                     *So Ordered*
                                        *Peter [signature]*
                Defendants.

At a mediation session today, before Judge Burrell I. Humphreys (Ret.), at which the parties and their counsel were present, the parties agreed to a complete and final settlement, in which the Defendants will pay the Plaintiff $5,000.00 ~~today~~ *by 10/31/07* and $5,000.00 ~~a month~~ *by the end of each month* thereafter until the total sum of $20,000.00 is paid.

The parties will exchange General Releases and the pending federal case will be dismissed with prejudice.

Dated: October 25, 2007

Plaintiff: _[signature] Clifford Page_

                _[signature] Nathaniel Davis_
                Atty for Clifford Page

Defendant: B&G Elevator

By: _[signature]_  President
                         Title

Defendant: _[signature] Daniel Gruad_

                _[signature] Randi W. Kochman, Esq._
                Counsel for Defendants